UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GOMEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA BUSINESS BUREAU, INC.; AND DOES 1-10, INCLUSIVE,<br><br>    Defendants. | Case No. EDCV 11-00209 VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE as to the claims attacking the judgment from the San Bernardino Superior Court, and DISMISSED WITHOUT PREJUDICE as to all other claims.  The Court orders that such judgment be entered.

Dated: April 29, 2011

                                      VIRGINIA A. PHILLIPS
                              United States District Judge